

IN THE
TENTH COURT OF APPEALS

_____

No. 10-09-00382-CV

IN RE DIXEY EVANS

_____

Original Proceeding

## MEMORANDUM  OPINION

The petition for writ of mandamus is denied.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed December 16, 2009
[OT06]